UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                            :

NEW YORK CITY & VICINITY DISTRICT COUNCIL  :
OF CARPENTERS,
                            :           20-CV-3282 (JMF)

                Petitioner,    :

                            :              ORDER

        and                    :

                            :

U.S. TECH CONSTRUCTION CORP.,        :

                            :

                Respondent.  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 27, 2020, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm **by May 4, 2020**. Respondent's opposition, if any, is due on **May 18, 2020**. Petitioner's reply, if any, is due **May 25, 2020**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail **no later than May 4, 2020**, and shall file an affidavit of such service with the court **no later than May 5, 2020**.

      SO ORDERED.

Dated: April 28, 2020
      New York, New York                   _____
                                   JESSE M. FURMAN
                               United States District Judge